NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BEN DINKINS, JR.,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2010-3033

---

Petition for review of the Merit Systems Protection Board in DC0752090358-I-1.

---

## ON MOTION

---

## ORDER

The petitioner moves for leave to file an addendum to the joint appendix, correcting page numbers in the table of contents. The court notes that the petitioner submitted a corrected appendix on August 11, 2010. Thus, the motion for leave to file an addendum is moot.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

**AUG 1 6 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David A. Branch, Esq.
     L. Misha Preheim, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 6 2010

**JAN HORBALY**
**CLERK**